

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Bradley J. Mullins
Partner, through his professional corporation
(310) 312-3232 Phone
(310) 231-8432 Fax
bym@msk.com

May 24, 2023

VIA ECF

MEMORANDUM ENDORSED

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, NY 10007

Re: *Seana Cromitie v. Rainbow Symphony, Inc.*, Case No. 1:23-cv-02321

Dear Judge Gorenstein:

We write on behalf of Defendant Rainbow Symphony, Inc. ("Defendant") in the above action to inform the Court that the parties have reached a settlement in principle.

The parties have been diligently preparing and exchanging drafts of the settlement agreement, but the parties have not yet finalized the settlement agreement. Thus, we respectfully request, in furtherance of the parties' settlement in principle and to conserve the respective resources of the parties and the Court, that the Court (i) vacate the Initial Case Management Conference scheduled for June 7, 2023 at 10:30 a.m., as well as all current extant dates and deadlines, including the parties' deadline to file a proposed scheduling order by June 5, 2023, and (ii) place this action on the Court's inactive calendar.

Plaintiff consents to the relief requested herein. No prior extension with respect to the aforementioned matters has been sought, and this extension will not alter the date of any other event or deadline already fixed by Court order.

The parties thank the Court for its consideration and attention to this matter.

Sincerely,

/s/ Bradley J. Mullins
Bradley J. Mullins
Partner, through his professional corporation of
MITCHELL SILBERBERG & KNUPP LLP

BJM/kls
cc:     Counsel of Record (via ECF)

Granted. The conference is cancelled.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 25, 2023